

U.S. Department of Justice

United States Attorney
Eastern District of New York

ZA/CAC/SPN                                          271 Cadman Plaza East
F.#2012R00596                                       Brooklyn, New York 11201

March 6, 2015

By Hand and ECF

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Alhassane Ould Mohamed
     Criminal Docket No. 13-527 (WFK)_____ _

Dear Judge Kuntz:

   With the consent of defense counsel, the government respectfully requests an extension of two weeks of the deadline by which it must file its motion under Section 4 of the Classified Information Procedures Act. If the Court grants this request, the government's motion will be due on March 30, 2015. The additional time is necessary to allow the government to complete its coordination with the intelligence community and the Department of Justice's States Secrets Committee regarding the information at issue in the motion. This is the government's first request for an extension of time.

          Respectfully submitted,

          LORETTA E. LYNCH
          United States Attorney

     By: _____/s/_____
        Zainab Ahmad
        Celia A. Cohen
        Samuel P. Nitze
        Assistant U.S. Attorneys
        (718) 254-7000

cc: Defense counsel (by email and ECF)